AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

| | |
|---|---|
| WINDY LUCIUS<br><br>*Plaintiff(s)*<br>v.<br>SUGARING USA LLC d/b/a SUGARING NYC<br><br>*Defendant(s)* | Civil Action No. 20cv23237 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUGARING USA LLC d/b/a SUGARING NYC
c/o Registered Agent
1 WEST STREET
# 2441
NEW YORK, NEW YORK 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T:  305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug 4, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ *Mary Etienne*
Deputy Clerk
U.S. District Courts