UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23237-UU

WINDY LUCIUS,

    Plaintiff,
v.

SUGARING USA LLC,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice. D.E. 14 (the "NOVD"). The Court has reviewed the NOVD and the pertinent portions of the record and is otherwise fully advised in the premises. On October 26, 2020, Plaintiff filed the NOVD, informing the Court that she dismissed this action without prejudice. *Id.* Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th__ day of October, 2020.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: all counsel of record via cm/ecf